**REVISION December 17, 2015**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-30389

United States Court of Appeals
Fifth Circuit

**FILED**

December 16, 2015

Lyle W. Cayce
Clerk

PAT HENSLEY,

      Plaintiff - Appellant

v.

CITY OF SHREVEPORT; WILLIE SHAW, individually and in his official capacity,

      Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:13-CV-2331

Before SMITH, WIENER, and GRAVES, Circuit Judges.

PER CURIAM:*

Former Shreveport Police Department officer Pat Hensley appeals the summary judgment for alleged federal and Louisiana violations stemming from a blood test for alcohol and narcotics administered at Defendants' request.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-30389

Our thorough review of the briefs in this matter, the pertinent parts of the record, the applicable law, and the arguments of counsel reveals no error. The district court properly held that the blood test, which constituted a search, was constitutional because Defendants' individualized suspicion of wrongdoing satisfied the reasonableness standard upon which noninvestigatory, work-related searches rest. The district court similarly did not err in balancing Defendants' interests against Hensley's privacy interest. Defendants' articulated interests—including the need for supervision, control, and efficient operation of the workforce and the interest in and responsibility for public safety—clearly outweigh the intrusion on Hensley's expectation of privacy. Our findings foreclose Hensley's additional arguments which flow from his perception that Defendants violated his rights. Thus, we also find no violation of Louisiana law.

We, therefore, affirm the summary judgment and dismissal with prejudice of all claims asserted by Hensley.

**AFFIRMED.**